UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALEX GOMEZ,

                Petitioner,

-against-

JUSTIN TAYLOR, *Superintendent*,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
08-CV- 1888 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 6 2008 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on August 01, 2008, granting respondent's motion to dismiss; denying as moot petitioner's motion to withdraw his habeas corpus petition; dismissing the petition without prejudice; and advising the petitioner that the statute of limitations will begin to run once the state courts complete their adjudication of his coram nobis application; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the respondent's motion to dismiss is granted; that petitioner's motion to withdraw his habeas corpus petition is denied as moot; that the petition is dismissed without prejudice; and that petitioner is advised that the statute of limitations will begin to run once the state court completes their adjudication of his coram nobis application.

Dated: Brooklyn, New York
         August 05, 2008

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court